KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DOUGLAS W. GREENE, ESQ. (*pro hac vice forthcoming*)
dgreene@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue
Suite 3600
Seattle, WA 98104-4040
Telephone: 206.332.1380
Facsimile: 206.624.7317

*Attorneys for Defendants*
*PLAYAGS, INC., DAVID LOPEZ, AND KIMO AKIONA*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANJAN CHOWDHURY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYAGS, INC., DAVID LOPEZ, AND KIMO AKIONA,<br><br>Defendant. | CASE NO.: 2:20-cv-01209<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

WHEREAS, on June 25, 2020, plaintiff Manjan Chowdhury, filed a complaint in this Court ("Complaint") asserting federal securities claims arising under the Securities Exchange Act of 1934, which are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, et seq. (the "Reform Act"), against PlayAGS, Inc., David Lopez, and Kimo Akiona (collectively "Defendants"), on behalf of an alleged class;

WHEREAS, the Reform Act sets forth a process for the appointment of Lead Plaintiff and Lead Counsel, after a 60-day notice period expires following the filing of the initial putative securities class action, see 15 U.S.C. §78u-4(a)(3);

STIPULATION AND [PROPOSED] ORDER   1

21381121

WHEREAS, the undersigned counsel for Defendants is authorized to accept service of the Complaint for Defendants, conditioned on Defendants' preservation of all defenses and objections to the Complaint and any consolidated or amended complaint in this and any related action, including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process;

WHEREAS, motions for appointment of Lead Plaintiff and Lead Counsel for the alleged class must be filed by August 24, 2020;

WHEREAS, Lead Plaintiff and Lead Counsel will not be appointed until after the completion of briefing on those motions, and, accordingly, it is unclear at this time who will ultimately act on behalf of the alleged class, as well as whether the court-appointed Lead Plaintiff will file an amended complaint or stand on the existing Complaint; and

WHEREAS, no party has previously requested or received any extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants hereby waive service of summons and accept service of the Complaint, preserving all defenses and objections to the initial Complaint including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process;

2. Defendants need not answer or otherwise respond to the Complaint in the above-captioned action or to any other complaint that is filed in or consolidated with the above-captioned action prior to the appointment of Lead Plaintiff; and

3. Within twenty-one (21) days after this Court appoints a Lead Plaintiff, the Lead Plaintiff and Defendants will submit to the Court a proposed schedule for (i) Lead Plaintiff's filing of a consolidated complaint or designating a previously filed complaint as operative and (ii) Defendants' time to move to dismiss the operative complaint.

. . .

. . .

STIPULATION AND [PROPOSED] ORDER   2

21381121

4. By entering into this stipulation, the parties do not waive, but rather expressly preserve, all rights and defenses they may have in this action.

**IT IS SO STIPULATED.**

Dated:  August 6th, 2020

Respectfully submitted,

**MUEHLBAUER LAW OFFICE, LTD.**

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Andrew R. Muehlbauer*

*/s/ Kirk B. Lenhard*

ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com

KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
klenhard@bhfs.com
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

**GLANCY PRONGAY & MURRAY LLP**

**BAKER & HOSTETLER LLP**

Robert V. Prongay
(*pro hac vice forthcoming*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Douglas W. Greene
(*pro hac vice forthcoming*)
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel.: (206) 332-1380
Fax: (206) 624-7317
dgreene@bakerlaw.com

*Counsel for Plaintiff*

*Counsel for Defendants*

**IT IS SO ORDERED**.

United States Magistrate Judge

DATED: August 7, 2020

STIPULATION AND [PROPOSED] ORDER   3

21381121