UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION, | Case No.: 2:20-cv-01209-JCM-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is Lead Plaintiff's motion to extend the time to effectuate service to 14 days after counsel for all Defendants have appeared. Docket No. 28. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, good cause exists for an extension. As a general matter, however, the Court prefers setting deadlines with calendar dates rather than free-floating dates. *E.g.*, Local Rule 26-1(b)(1) (requiring a "calendar date" for discovery cutoff). Accordingly, the motion is **GRANTED** in part in that the deadline to effectuate service is **EXTENDED** to December 17, 2020.[1]

IT IS SO ORDERED.

Dated: November 9, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] To the extent additional time is required, a further request may be filed. The Court expresses no opinion herein on such a request.