# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION, | Case No.: 2:20-cv-01209-JCM-NJK<br><br>**Order**<br><br>[Docket No. 36] |

Pending before the Court is a stipulation to set a deadline to file an amended complaint, a deadline to respond to the amended complaint, and extended briefing deadlines in response to any motion to dismiss. Docket No. 36. The stipulation is hereby **GRANTED** in part and **DENIED** without prejudice.

The deadline for Plaintiff to file either an amended complaint or a notice that there will be no such amended complaint is set for January 11, 2021. The deadline for Defendants to respond to the amended complaint, or the initial complaint if no amended complaint is filed, is set for March 12, 2021.

The request with respect to a briefing schedule on a potential motion to dismiss will be denied without prejudice. *See* Local Rule IC 2-2(b) (requiring requests for different relief to be filed in different documents).

IT IS SO ORDERED.

Dated: November 25, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1