1  **WOLF, RIFKIN, SHAPIRO,**
2  **SCHULMAN & RABKIN, LLP**
   Bradley S. Schrager (NSB 10217)
3  Daniel Bravo (NSB 13078)
   3556 E. Russell Road, 2nd Floor
4  Las Vegas, Nevada 89120
   Telephone: (702) 341-5200
5  Facsimile: (702) 341-5300
   Emails: bschrager@wrslawyers.com
6           dbravo@wrslawyers.com

7  *Liaison Counsel for the Proposed Class*
8

9                    **UNITED STATES DISTRICT COURT**
10                          **DISTRICT OF NEVADA**

11  | | |
    |---|---|
12  | *In re PlayAGS, Inc. Securities Litigation*, | Case No. 2:20-cv-01209-JCM-NJK |
13  | | **PLAINTIFF'S MOTION TO WITHDRAW WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP AS COUNSEL OF RECORD** |
14  | | |

15  **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

16       PLEASE TAKE NOTICE that, pursuant to Local rule IA 11-6(b), Plaintiff Oklahoma
17  Police Pension And Retirement System ("Plaintiff"), respectfully moves the Court to withdraw
18  the following attorneys who represented Plaintiff while at the law firm Wolf, Rifkin, Shapiro,
19  Schulman & Rabkin, LLP("Wolf Rifkin") as counsel of record for Plaintiff:

20       Bradley Schrager, Esq.  – bschrager@wrslawyers.com
         Daniel Bravo , Esq. – dbravo@wrslawyers.com
21

22       Neither Wolf Rifkin nor the attorneys identified above are representing Plaintiff in this
23  action any longer, and they should be removed from all further notices. The law firms Kemp
24  Jones and Labaton Sucharow LLP continue to serve as counsel for Plaintiff in this action through
25  the other attorneys of record identified on the Court's CM/ECF system service list. Accordingly,
26  the proposed withdrawal of Wolf Rifkin will not result in delay of any discovery, hearing or trial.
27  Notice of the proposed withdrawal of the attorneys identified above has already been provided to
28  Plaintiff, and is being provided to opposing counsel through this filing.

Case No. 2:20-cv-01209

1

1  For the reasons stated above, Plaintiff respectfully requests that the Court enter an order withdrawing Wolf Rifkin and counsel identified above as counsel of record for Plaintiff.

Dated:   January 22, 2021

Respectfully submitted,

*/s/ Bradley Schrager*
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Bradley S. Schrager (NSB 10217)
Daniel Bravo (NSB 13078)
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
bschrager@wrslawyers.com
dbravo@wrslawyers.com

*Liaison Counsel for the Proposed Class*

IT IS SO ORDERED.
Dated:  January 22, 2021
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Case No. 2:20-cv-01209

2