# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION, | Case No.: 2:20-cv-01209-JCM-NJK<br><br>**Order**<br><br>[Docket No. 53] |

Pending before the Court is an unopposed motion to file a second amended complaint within 30 days. Docket No. 53. For good cause shown, the unopposed motion is **GRANTED** and the second amended complaint must be filed by March 25, 2021. The deadline for Defendants to respond to the second amended complaint is set for May 24, 2021.

IT IS SO ORDERED.

Dated: February 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1