**KEMP JONES, LLP**
Don Springmeyer (SBN 1021)
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169
Telephone: (702) 385-6000
Email: d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice* forthcoming)
Alfred L. Fatale III (admitted *pro hac vice*)
Jeffrey Dubbin (admitted *pro hac vice*)
Lisa Strejlau (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       afatale@labaton.com
       jdubbin@labaton.com
       lstrejlau@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re PlayAGS, Inc. Securities Litigation,* | Case No. 2:20-cv-01209-JCM-NJK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION(S) TO DISMISS**<br><br>**(First Request)** |

# **STIPULATION**

WHEREAS, Court-appointed Lead Plaintiff OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM ("Oklahoma Police") and Defendants PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, GEOFF FREEMAN, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., STIFEL, NICOLAUS & COMPANY INCORPORATED, TRUIST SECURITIES, INC. (F/K/A SUNTRUST ROBINSON HUMPHREY, INC.), NOMURA SECURITIES INTERNATIONAL, INC., ROTH CAPITAL PARTNERS, LLC, UNION GAMING SECURITIES LLC, SIEBERT WILLIAMS SHANK & CO., LLC (SUCCESSOR-BY-MERGER TO THE WILLIAMS CAPITAL GROUP, L.P.), APOLLO GLOBAL SECURITIES, LLC, MORGAN STANLEY & CO. LLC, APOLLO GLOBAL MANAGEMENT, LLC n/k/a Apollo Global Management, Inc., APOLLO GAMING HOLDINGS, L.P., APOLLO INVESTMENT FUND VIII, L.P., and AP GAMING VOTECO, LLC (collectively, "Defendants" and together with Oklahoma Police, the "Parties") have met and conferred regarding this stipulation;

WHEREAS, the Parties previously entered into a stipulation (ECF No. 39) regarding the schedule in this case, which the Court entered on November 25, 2020;

WHEREAS, pursuant to that schedule, Lead Plaintiff filed its Consolidated Complaint (ECF No. 49) on January 11, 2021;

WHEREAS, Lead Plaintiff filed an unopposed motion setting a time to file a Second Consolidated Amended Complaint ("SAC") (ECF No. 53), which the Court granted on February 23, 2021;

WHEREAS, pursuant to that schedule, Defendants' response(s) thereto will be due on or before May 24, 2021;

Case No. 2:20-cv-01209

1

WHEREAS, the Consolidated Complaint is more than 130 pages in length, alleging five separate causes of action, and effective, concise argument on the Defendants' motions to dismiss will require thoughtful briefing by the parties and coordination among Defendants; and

WHEREAS, Lead Plaintiff's and Defendants' briefing will occur during the summer months and planned vacations;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 15(a), by and between the attorneys for the Parties, as follows:

1. Lead Plaintiff shall have until July 23, 2021 to serve any opposition to any motion to dismiss the SAC; and
2. Defendants shall have until September 13, 2021 to serve their reply or replies to any such opposition(s).

This is the Parties' first stipulated request governing the schedule related to the above-referenced matters.

## ORDER

**IT IS SO ORDERED** May 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 18, 2021.

Respectfully submitted,

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Kirk B. Lenhard*
Kirk B. Lenhard, Esq. (Bar No. 1437)
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

**BAKER & HOSTETLER LLP**
Douglas W. Greene, Esq. (*pro hac vice*)
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040

*Counsel for Defendants PlayAGS, Inc., David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette Landau, Adam Chibib, and Geoff Freeman*

**BALLARD SPAHR LLP**

*/s/ Maria A. Gall*
Maria A. Gall, Esq. (Bar No. 14200)
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

**ROPES & GRAY LLP**
Lisa H. Bebchick, Esq. (*pro hac vice*)
Erin R. Macgowan, Esq. (*pro hac vice*)
Gregg L. Weiner, Esq. (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704

*Counsel for Defendants Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Jefferies LLC, Macquarie Capital (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., Stifel, Nicolaus & Company, Incorporated, Truist Securities Inc., Nomura Securities International, Inc., Roth Capital Partners, LLC, Union Gaming Securities LLC, Siebert Williams Shank & Co., LLC, Apollo Global Securities, LLC, and Morgan Stanley & Co. LLC*

**KEMP JONES, LLP**

*/s/ Don Springmeyer*
Don Springmeyer, Esq. (Bar No. 1021)
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169

*Liaison Counsel for the Proposed Class*

**LABATON SUCHAROW LLP**
Jonathan Gardner, Esq. (*pro hac vice* forthcoming)
Alfred L. Fatale III, Esq. (*pro hac vice*)
Jeffrey Dubbin, Esq. (*pro hac vice*)
Lisa Strejlau, Esq. (*pro hac vice*)
140 Broadway
New York, New York 10005

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**MORRIS LAW**

*/s/ Rosa Solis-Rainey*
Steve Morris, Esq. (Bar No. 1543)
Rosa Solis-Rainey, Esq. (Bar No. 7921)
801 S. Rancho Dr., Ste. B4
Las Vegas, NV 89106

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew J. Ehrlich, Esq. (*pro hac vice*)
Caitlin E. Grusauskas, Esq. (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019

*Counsel for Defendants Apollo Global Management, LLC n/k/a Apollo Global Management, Inc., Apollo Gaming Holdings, L.P., Apollo Investment Fund VIII, L.P., and AP Gaming VoteCo, LLC*

3

Case No. 2:20-cv-01209