# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No. 2:20-cv-01209-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 21, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 14, 2021

                                                           Nancy J. Koppe
                                                         United States Magistrate Judge