Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com

Lisa H. Bebchick (*pro hac vice*)
Gregg L. Weiner (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
lisa.bebchick@ropesgray.com
gregg.weiner@ropesgray.com
*Counsel for Underwriter Defendants*
[List of Underwriter Defendants on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No. 2:20-cv-01209-JCM-NJK<br><br>**UNDERWRITER DEFENDANTS' MOTION TO DISASSOCIATE ERIN MACGOWAN AS COUNSEL OF RECORD** |

1    Erin R. Macgowan, Esq. is longer associated with the law firm of Ropes & Gray LLP, having departed the firm on November 9, 2021. Accordingly, the Underwriter Defendants move to disassociate Ms. Macgowan as their counsel of record from this case and to remove Ms. Macgowan from the ECF service list. Lisa H. Bebchick, Esq. and Gregg L. Weiner, Esq. of Ropes & Gray and Maria A. Gall, Esq. of Ballard Spahr LLP will remain counsel of record for the Underwriter Defendants.

Dated: November 9, 2021

BALLARD SPAHR LLP

By: /s/ Maria A. Gall
Maria A. Gall, Esq.
Nevada Bar No. 14200
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

-and-

Lisa H. Bebchick (*pro hac vice*)
Gregg L. Weiner (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Counsel for Underwriter Defendants Apollo Global Securities, LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; Jefferies LLC; Macquarie Capital (USA) Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co. LLC; Nomura Securities International, Inc.; Roth Capital Partners, LLC; Siebert Williams Shank & Co., LLC (successor-by-merger to The Williams Capital Group, L.P.); Stifel, Nicolaus & Company, Incorporated; Truist Securities, Inc. (f/k/a SunTrust Robinson Humphrey, Inc.); and Union Gaming Securities LLC*

IT IS SO ORDERED.
Dated: November 10, 2021
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1