KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

DOUGLAS W. GREENE, ESQ.
(admitted *pro hac vice*)
dgreene@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Defendants PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, and GEOFF FREEMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No. 2:20-CV-01209-JCM-NJK<br><br>**JOINT NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42-1** |
|---|---|

The parties in shareholder derivative action *Chowdhury v. David Lopez, et al.*, Case No. 2:22-cv-00489-RFB-DJA (the "PlayAGS Derivative Action")—Plaintiff Manjan Chowdhury ("Plaintiff"); Defendants David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette E. Landau, Adam Chibib, Geoff Freeman, and Anna Massion (the "Individual Defendants"); and Nominal Defendant PlayAGS, Inc. ("PlayAGS" or the "Company") (collectively with the Individual Defendants, "Defendants")—by and through their undersigned attorneys, hereby file this Notice of Related Cases Pursuant to Local Rule 42-1, to inform the Court that the consolidated

securities class action *In re PlayAGS, Inc. Securities Litigation*, Case No. 2:20-cv-01209-JCM-NJK ("PlayAGS Securities Class Action"), and the PlayAGS Derivative Action are related and should be assigned to a single Magistrate Judge, the Honorable Nancy J. Koppe, and a single District Judge, the Honorable James C. Mahan.

The two Actions allege substantially similar facts against nearly the same defendants. The Individual Defendants (with the exception of Anna Massion) are named defendants in both actions, and PlayAGS is a defendant in the Securities Class Action and a nominal defendant in the Derivative Action. Both actions arise out of allegations that PlayAGS's public disclosures from mid-2018 through early 2020 concerning its revenue, financial projections, and business operations and strategy—particularly in Oklahoma—were materially false and misleading. Indeed, both complaints challenge the same or substantially similar statements and conduct by PlayAGS and the Individual Defendants. The difference is that the Securities Class Action alleges that these statements and actions violated the federal securities laws; while the Derivative Action (brought allegedly on behalf of and for the benefit of the Company) claims that the Individual Defendants breached their fiduciary duties by making or allowing the allegedly false statements to be made, and it seeks contribution for any liability PlayAGS incurs in the Securities Class Action. *Compare* PlayAGS Securities Class Action Second Amended Complaint (Dkt. #60) ¶¶ 184-242 *with* PlayAGS Derivative Action Complaint (Dkt. #1) ¶¶ 41-97, 113; *see also id.* ¶ 117 (describing the Securities Class Action as the "related securities class action"). As both actions "involve the same parties and are based on the same or similar claim," and "involve[] the same property, transaction or event," the Court should consider the two actions related and assign them to a single Magistrate Judge and a single District Judge. *See* LR 42-1 (a) (1) and (2).

Moreover, because the Securities Class Action is at a more advanced stage than the Derivative Action, both Actions should be assigned to District Judge James C. Mahan and Magistrate Judge Nancy J. Koppe, who are already familiar with the underlying dispute between Plaintiffs and Defendants. The first complaint in the consolidated Securities Class Action was filed on June 25, 2020, an amended complaint was filed on January 11, 2021, and a second amended

complaint was filed on March 25, 2021. The Securities Class Action Defendants moved to dismiss the second amended complaint shortly thereafter. Briefing on that Motion to Dismiss—which presented arguments regarding the applicable law and facts surrounding the underlying dispute between Plaintiffs and Defendants—was completed on September 13, 2021, and the Motion is currently pending before Judge Mahan. Magistrate Judge Koppe is likewise familiar with the parties and issues having, among other things, issued orders governing the scheduling of the parties' briefing and discovery. *See* Securities Class Action Docket.

The Magistrate and District Court Judges assigned to the newly filed Derivative Action, the Honorable Daniel J. Albregts and the Honorable Richard F. Boulware II, will be called upon to adjudicate matters arising from the same underlying facts and, in many instances, the same underlying law as the Securities Class Action. Indeed, as noted, the viability of many of the claims in the Derivative Action is largely contingent upon resolution of the claims in the Securities Class Action. And if the motion to dismiss the Securities Class Action were to be denied, any discovery produced in that Action would likely be duplicative of discovery in the Derivative Action. In light of this significant overlap, assigning the Derivative Action to Magistrate Judge Nancy J. Koppe and District Judge James C. Mahan would be in the interest of judicial economy, decrease the possibility of a substantial duplication of labor, and minimize the possibility of inconsistent rulings. *See* LR 42-1(a) (3) and (5).

DATED this 10th day of May, 2022.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Kirk B. Lenhard*

KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

**[SIGNATURES CONTINUED]**

BAKER & HOSTETLER LLP

DOUGLAS W. GREENE, ESQ.
(admitted *pro hac vice)*
dgreene@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Counsel for Defendants PlayAGS, Inc., David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette Landau, Adam Chibib, and Geoff Freeman, and for all Defendants and Nominal Defendant PlayAGS, Inc. in the PlayAGS Derivative Action*

*/s/ Catherine Hernandez*
ALDRICH LAW FIRM, LTD.
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Fax: (702) 227-1975

GLANCY PRONGAY & MURRAY LLP
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160
Email: prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Telephone: (212) 935-7400
Fax: (212) 756-3630
Email: bsachsmichaels@glancylaw.com

*Counsel for Plaintiff Manjan A. Chowdhury in the PlayAGS Derivative Action*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that on the 10th day of May, 2022, I served a true and correct copy of the foregoing **JOINT NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42-1**, via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Paula Kay*______________________
an employee of Brownstein Hyatt Farber Schreck, LLP