UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No. 2:20-cv-01209-JCM-NJK |
|---|---|
| | **Order** |

Discovery in this action has been stayed pending resolution of the motions to dismiss. Docket No. 77. The motions to dismiss have been resolved. Docket No. 95. The parties are hereby **ORDERED** to file a joint discovery plan by January 25, 2023.

IT IS SO ORDERED.

Dated: January 4, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1