KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

DOUGLAS W. GREENE, ESQ.
(admitted *pro hac vice*)
dgreene@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue
Suite 3900
Seattle, WA  98104-4040
Telephone:  206.332.1380
Facsimile:  206.624.7317

*Attorneys for Defendants PLAYAGS, INC., DAVID LOPEZ,*
*KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN,*
*ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, AND*
*GEOFF FREEMAN*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No.: 2:20-cv-01209-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULES FOR AGS AND THE EXECUTIVE DEFENDANTS' (1) MOTION FOR JUDGMENT ON THE PLEADINGS AND (2) MOTION TO TEMPORARILY STAY DISCOVERY**<br><br>**(First Request)** |

1

25132524.1

**STIPULATION**

Defendants PLAYAGS, INC. ("AGS"), and DAVID LOPEZ and KIMO AKIONA (the "Executive Defendants"), and Court appointed Lead Plaintiff OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM ("Lead Plaintiff," and together with AGS and the Executive Defendants, the "Parties") jointly submit this Stipulation and Proposed Order Extending the Briefing Schedules for AGS and the Executive Defendants' (1) Motion for Judgment on the Pleadings and (2) Motion to Temporarily Stay Discovery, and in support thereof state as follows:

WHEREAS, on March 25, 2021, Lead Plaintiff filed the operative Second Amended Consolidated Class Action Complaint (Dkt. #60; the "SAC");

WHEREAS, on May 24, 2021, all defendants in the action, including AGS and the Executive Defendants, filed motions to dismiss the SAC (Dkts. #69-72);

WHEREAS, on December 2, 2022, the Court issued an opinion (Dkt. #95; the "Opinion") granting in part the defendants' motions to dismiss, denying dismissal with respect to Lead Plaintiff's scheme liability claim under Section 10(b) and Rule 10b-5 against AGS and the Executive Defendants, and granting Lead Plaintiff leave to amend within 30 days;

WHEREAS, on January 3, 2023, Lead Plaintiff filed a notice of intent not to amend the SAC (Dkt. #96);

WHEREAS, on January 4, 2023, the Honorable Nancy J. Koppe ordered the parties to file a joint discovery plan by January 25, 2023 (Dkt. #97);

WHEREAS, on January 17, 2023, AGS and the Executive Defendants filed their Answer (Dkt. #98), a Motion for Judgment on the Pleadings (Dkt. #99), and a Motion to Temporarily Stay Discovery pending resolution of the Motion for Judgment on the Pleadings (Dkt. #100);

WHEREAS, Lead Plaintiff opposes both Motions;

WHEREAS, the Parties are concurrently filing a joint stipulation and proposed order seeking adjournment of the January 25, 2023 deadline to file a joint discovery plan until after AGS and the Executive Defendants' Motion to Temporarily Stay Discovery has been resolved; and

WHEREAS, the Parties have met and conferred regarding this stipulation, and in the interests of orderly facilitation of this case and the avoidance of unnecessary motion practice:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Parties, subject to the Court's approval, as follows:

1. In the interests of providing the Court with fuller argument on the potentially dispositive Motion for Judgment on the Pleadings, and to keep briefing for the related Motion to Temporarily Stay Discovery proceeding in parallel with the Motion for Judgment on the Pleadings, the Parties agree that the following briefing schedule should apply to both Motions;

2. Lead Plaintiff shall file its Oppositions to the Motion for Judgment on the Pleadings and the Motion to Temporarily Stay Discovery on or before February 17, 2023; and

3. AGS and the Executive Defendants, together, shall file their Replies in further support of their Motion for Judgment on the Pleadings and their Motion to Temporarily Stay Discovery on or before March 3, 2023.

This is the Parties' first stipulated request to extend the briefing schedules for AGS and the Executive Defendants' Motion for Judgment on the Pleadings and their Motion to Temporarily Stay Discovery in the above-referenced action.

## **ORDER**

**IT IS SO ORDERED.**

DATED: _January 25, 2023_____

_____
UNITED STATES DISTRICT JUDGE

1   Dated:   January 23, 2023                    Respectfully submitted,

2   */s/ Kirk B. Lenhard*                         */s/ Don Springmeyer*

3   **BROWNSTEIN HYATT FARBER**                   **KEMP JONES, LLP**
    **SCHRECK, LLP**                              Don Springmeyer (SBN 1021)

4   KIRK B. LENHARD, ESQ.                         3800 Howard Hughes Parkway
    Nevada Bar No. 1437                           17th Floor

5   klenhard@bhfs.com                             Las Vegas, NV 89169
    100 N. City Parkway, Suite 1600               Telephone: (702) 385-6000

6   Las Vegas, NV 89106                           Email: d.springmeyer@kempjones.com

7   Telephone: 702.382.2101
    Facsimile: 702.382.8135                       *Liaison Counsel for the Proposed Class*

8

9   **BAKER & HOSTETLER LLP**
    Douglas W. Greene (*pro hac vice*)            **LABATON SUCHAROW LLP**

10  999 Third Avenue, Suite 3900                  Jonathan Gardner (*pro hac vice* forthcoming)
    Seattle, WA 98104-4040                        Alfred L. Fatale III (admitted *pro hac vice*)

11  Telephone: (206) 332-1380                     Jeffrey A. Dubbin (admitted *pro hac vice*)
    Fax: (206) 624-7317                           Joseph Cotilletta (*pro hac vice* forthcoming)

12  dgreene@bakerlaw.com                          Marco A. Dueñas (*pro hac vice* forthcoming)
                                                  Lisa Strejlau (admitted *pro hac vice*)

13  *Counsel for Defendants PlayAGS, Inc.,*       140 Broadway
    *David Lopez, and Kimo Akiona*                New York, New York 10005

14                                                Telephone: (212) 907-0700

15                                                Facsimile: (212) 818-0477
                                                  Email:   jgardner@labaton.com

16                                                         afatale@labaton.com

17                                                         jdubbin@labaton.com
                                                           jcotilletta@labaton.com

18                                                         mduenas@labaton.com
                                                           lstrejlau@labaton.com

19

20                                                *Counsel for Lead Plaintiff and Lead Counsel for*
                                                  *the Proposed Class*

21

22

23

24

25

26

27

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULES FOR AGS AND THE EXECUTIVE DEFENDANTS' (1) MOTION FOR JUDGMENT ON THE PLEADINGS AND (2) MOTION TO TEMPORARILY STAY DISCOVERY <u>(First Request)</u>** was served via electronic service on the 23rd day of January, 2023, to all parties registered on the Court's CM/ECF system.

*/s/ Paula Kay*
an employee of Brownstein Hyatt Farber
Schreck, LLP