1  **KEMP JONES, LLP**
   Don Springmeyer, Esq. (SBN 1021)
2  3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, NV 89169
3  Telephone: (702) 385-6000
   Facsimile:  (702) 385-6001
4  d.springmeyer@kempjones.com

5  *Liaison Counsel*

6  **LABATON SUCHAROW LLP**
   Jonathan Gardner (admitted *pro hac vice*)
7  Alfred L. Fatale III (admitted *pro hac vice*)
   Jeffrey Dubbin (admitted *pro hac vice*)
8  Robert S. Rowley (admitted *pro hac vice*)
9  140 Broadway
   New York, New York 10005
10 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
11 Email:   jgardner@labaton.com
12          afatale@labaton.com
            jdubbin@labaton.com
13          rrowley@labaton.com

14 *Counsel for Lead Plaintiff*

15

16                    **UNITED STATES DISTRICT COURT**

17                          **DISTRICT OF NEVADA**

18

19 | IN RE PLAYAGS, INC. SECURITIES LITIGATION | Case No.: 2:20-cv-01209-JCM-NJK |
   |---|---|
   | | **MOTION TO WITHDRAW MARCO A. DUENAS AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that, pursuant to Local Rule IA 11-6(b), Lead Plaintiff Oklahoma Police Pension and Retirement System, respectfully requests that this Court (1) permit Marco A. Duenas. to withdraw as one of its counsel of record as he is no longer associated with the law firm of Labaton Sucharow LLP, and (2) remove him from the electronic service list. The undersigned counsel continues to represent Oklahoma Police Pension and Retirement System. The proposed withdrawal of Mr. Duenas will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Duenas is being provided to all counsel through this filing.

DATED this 21st day of September, 2023.

        **KEMP JONES, LLP**

        */s/ Don Springmeyer*
        Don Springmeyer, Esq. (SBN 1021)
        3800 Howard Hughes Parkway, 17th Floor
        Las Vegas, NV 89169
        *Liaison Counsel*

        **LABATON SUCHAROW LLP**
        Jonathan Gardner (admitted *pro hac vice*)
        Alfred L. Fatale III (admitted *pro hac vice*)
        Jeffrey Dubbin (admitted *pro hac vice*)
        Robert S. Rowley (admitted *pro hac vice*)
        140 Broadway
        New York, New York 10005

        *Lead Counsel for Lead Plaintiff*

IT IS SO ORDERED.
Dated:  September 22, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge